IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:20-cr- |
| | : | |
| MARVIN WOOTEN, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2314 |
| Defendant | : | (Interstate Transportation of |
| | : | Stolen Money) |

## INFORMATION

The United States of America charges that:

### COUNT ONE

From in or about November 2018 through in or about December 2018, in the District of Columbia, the defendant, Marvin Wooten, did unlawfully transport, transmit, and transfer in interstate commerce from the District of Columbia to the State of Maryland, stolen property, that is, money from the Bureau of Engraving and Printing Credit Union, totaling approximately $105,000, knowing the same to have been stolen, converted, and taken by fraud.

**(Interstate Transportation of Stolen Money, in violation of 18 U.S.C. § 2314)**

        MICHAEL R. SHERWIN
        ACTING UNITED STATES ATTORNEY
        NY Bar No. 4444188

By: _____
        MOLLY GASTON
        Assistant United States Attorney (VA 78506)
        Public Corruption and Civil Rights Section
        United States Attorney's Office
        555 Fourth Street, N.W., 5th Floor
        Washington, D.C.  20530
        202.252.7803
        Molly.Gaston@usdoj.gov