**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Criminal No. 1:20-cr-267 (KBJ) |
| : | |
| **MARVIN WOOTEN,** : | |
| : | |
| Defendant. : | |

**STATEMENT OF OFFENSE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, MARVIN WOOTEN (WOOTEN), agree and stipulate to the facts presented below. These facts are presented for the purpose of demonstrating there is a factual basis for WOOTEN's guilty plea pursuant to Federal Rule of Criminal Procedure 11, and do not represent all of the evidence that could have been presented at a trial.

1. At all times relevant to this Statement of Offense, WOOTEN was employed as a teller at the Bureau of Engraving and Printing Credit Union (Credit Union) in the District of Columbia. The Credit Union was federally insured by the National Credit Union Administration.

2. In or about September and October 2018, WOOTEN incurred a debt of approximately $20,000 to an individual through whom WOOTEN placed unsuccessful sports bets. WOOTEN was also under pressure to support his young child financially.

3. In or about early November 2018, WOOTEN began to embezzle money from the Credit Union in hopes of gambling successfully with it and repaying his debts.

4. On at least 10 separate occasions, WOOTEN took cash from the Credit Union in amounts of $5,000 to $10,000. WOOTEN would enter the Credit Union vault and sign cash out to WOOTEN's teller drawer. Thereafter, WOOTEN would take some or all of the cash and pocket

it, but allow it to continue to appear in the Credit Union's records that all of the cash was in WOOTEN's teller drawer.

5. On each of these occasions, after stealing cash from the Credit Union in the District of Columbia, WOOTEN then knowingly transported the stolen money across state lines to Maryland.

6. In total, from in or about November 2018 through in or about December 2018, WOOTEN embezzled approximately $105,000 from the Credit Union.

                        MICHAEL R. SHERWIN
                        ACTING UNITED STATES ATTORNEY
                        N.Y. Bar Number 4444188

By: _____
       MOLLY GASTON
       VA Bar No. 78506
       Assistant United States Attorney
       Public Corruption & Civil Rights Section
       555 4th Street, N.W., 5th Floor
       Washington, D.C. 20530
       (202) 252-7803
       Molly.Gaston@usdoj.gov

## Defendant's Acceptance

I have read this Statement of the Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of the Offense and all matters relating to it. I fully understand this Statement of the Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

12/9/2020
Date

MARVIN WOOTEN
Defendant

## Defense Counsel's Acknowledgment

I am Defendant MARVIN WOOTEN's attorney. I have reviewed every part of this Statement of the Offense with him. It accurately and completely sets forth the Statement of the Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

12/10/2020
Date

SHELLI PETERSON
Attorney for Defendant